William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-196—

Don P. Koeneman, Claimant, *vs.* State of Illinois, Department of Corrections, Respondent.

*Opinion filed December 12, 1974.*

Don P. Koeneman, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-288—

S & H Feed & Seed Co., Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed December 12, 1974.*

S & H Feed & Seed Co., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.